JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDIS RAMIREZ, HOA NGUYEN, and MUNG NGUYEN, individuals, and STATE OF CALIFORNIA ex rel. EDIS RAMIREZ, HOA NGUYEN, and MUNG NGUYEN,

Plaintiffs,

v.

ALLSTATE NORTHBROOK INDEMNITY COMPANY, doing business as "ALLSTATE", and DOE DEFENDANTS 1–50, inclusive,

Defendants.

Case No. 2:21-cv-08560-SB-PVC

**FINAL JUDGMENT**

For the reasons set forth in the Court's Order granting Defendant Allstate Northbrook Indemnity Company's Motion to Dismiss, it is:

ORDERED AND ADJUDGED that Plaintiffs Edis Ramirez, Hoa Nguyen, and Mung Nguyen shall take nothing on their individual claims and claims on behalf of the State of California against Defendant Allstate Northbrook Indemnity Company. Plaintiffs' claims are DISMISSED with prejudice.

This is a Final Judgment.

Dated:  February 3, 2022

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1